## Commonwealth *v.* Butler, Appellant.

Submitted June 21, 1971. *Leonard Turner,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY, J., dissents.


## Commonwealth *v.* Caruso, Appellant.

Submitted June 17, 1971. *Leo H. Eschbach,* Assistant Public Defender, for appellant; *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition. See *Commonwealth v. Lowery,* 438 Pa. 89, 263 A. 2d 332 (1970).

WRIGHT, P. J., dissents.